**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DANIEL LEVAC**                                                      **PETITIONER**

**V.**                            **No.  4:24-cv-00276-BRW-JTR**

**SARAH HANEY**                                                   **RESPONDENT**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects.

Accordingly, the Petition for a Writ of Habeas Corpus (Doc. No. 2) is DENIED, and pursuant to the judgment entered with this order, this case is DISMISSED.

A Certificate of Appealability is DENIED pursuant to Rule 11(a) of the Rules Governing § 2254 Cases in the United States District Courts.

IT IS SO ORDERED this 4th day of June, 2024.

Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE