IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL LEVAC**                                                                            **PETITIONER**

**V.**                          **No.  4:24-cv-00276-BRW-JTR**

**SARAH HANEY**                                                       **RESPONDENT**

## JUDGMENT

Consistent with today's Order, this case is DISMISSED.

IT IS SO ORDERED this 4th day of June, 2024.

                                             Billy Roy Wilson
                                             UNITED STATES DISTRICT JUDGE